Weightstill Woods, *pro se;* Guerine & Guerine, for appellee; Guy C. Guerine, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed March 9, 1953; released for publication April 6, 1953.

**Halsted and 79th Building, Inc., Appellant, v. Dr. Francis J. O'Grady, Appellee.**

**Gen. No. 45,892.**

William J. Ruttenberg, for appellant; Thomas M. Poynton, Jr., for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed March 9, 1953; released for publication April 6, 1953.

**Rose La Rocco, Appellant, v. Illinois Central Railroad, and Illinois Publishing and Printing Company, Trading as Herald-American, Defendants. Illinois Central Railroad Company, Defendant-Appellee.**

**Gen. No. 45,871.**